## Commonwealth *v.* Shivers.

*Appeals—Interlocutory order—Bill of particulars—Criminal law.*

The refusal of the court of quarter sessions to order the district attorney to file a bill of particulars in a criminal case is an interlocutory order from which no appeal lies.

*Not decided* whether the refusal to order the district attorney to file a bill of particulars in a criminal case is reviewable on appeal, or is a matter purely discretionary with the court below.

Appeals, Nos. 258 and 259, Oct. T., 1900. Rules to show cause why defendant's appeals from order of Quarter Sessions of Philadelphia County overruling defendant's motions for bill of particulars should not be quashed.

Rule to quash appeals.

*P. F. Rothermel,* district attorney, for the rule.

*A. S. Ashbridge,* contra.

PER CURIAM, January 22, 1901:

Whether the refusal to order the district attorney to file a bill of particulars in a criminal case is reviewable on appeal or is a matter purely discretionary with the court below, is a question upon which we express no opinion at this time. Granting that the action of the court is reviewable, it is beyond all question an interlocutory order. No definitive judgment having been entered, the appeals must be quashed.

The rules are made absolute and the appeals quashed at the costs of the appellant.